PD-0445-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/27/2015 1:59:16 PM
Accepted 10/27/2015 2:21:49 PM
ABEL ACOSTA
CLERK

Granted
11-28-15

# No. PD-0445-15

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

THE STATE OF TEXAS,
                                        Appellant,
v.

DAVID FREDERICK CARY,
                                        Appellee.

On Appeal from the Court of Appeals, Fifth District of Texas at Dallas
Court of Appeals No. 05-13-01010-CR

## STATE'S UNOPPOSED MOTION FOR LEAVE
## TO FILE A REPLY BRIEF

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

**JOSEPH P. CORCORAN**
Assistant Attorney General
Supervising Attorney
for Non-Capital Appeals
Criminal Appeals Division
State Bar No. 00793549
Joseph.Corcoran@TexasAttorneyGeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE STATE

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

Pursuant to Rule 70.4 of the Texas Rules of Appellate Procedure, the State respectfully requests leave to file its State's Reply Brief, which was previously submitted on October 26, 2015. The State requests such leave in order to address arguments raised in Appellee's Brief, filed with the Court on October 5, 2015. The undersigned conferred with Appellee's counsel of record on October 27, 2015, who is *unopposed* to this motion.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that the Court grant this, the State's Unopposed Motion for Leave to File a Reply Brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

*Lead Counsel

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN*
Assistant Attorney General
Supervising Attorney
 for Non-Capital Appeals
Criminal Appeals Division
State Bar No. 00793549
Joseph.Corcoran@TexasAttorneyGeneral.gov

P.O. Box 12548, Capitol Station
Austin, Texas   78711-2548
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE STATE

3

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Mr. John Helms prior to the filing of this motion, and he indicated that he did not oppose the extension.

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General

# CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that if the email address of attorneys designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorneys via electronic mail:

John Michael Helms Jr.
Attorney for Appellant

Moreover, I do hereby certify that if the email addresses for the designated attorneys are not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email, addressed to:

John Michael Helms Jr.
john@johnhelmslaw.com

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General